IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-01019-LCB-LPA

| | |
|---|---|
| PACKRITE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GRAPHIC PACKAGING<br>INTERNATIONAL, LLC,<br><br>　　　　　Defendant. | **STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff PACKRITE, LLC and Defendant GRAPHIC PACKAGING INTERNATIONAL, LLC, through counsel, and hereby stipulate to the dismissal, with prejudice, of all remaining claims and counterclaims filed between and among the parties in this cause, in their entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

This the 11th day of December, 2020.


/s/: Christopher C. Finan
Christopher C. Finan
N.C.S.B. No. 27820
*Attorney for Plaintiff*
ROBERSON HAWORTH & REESE, PLLC
300 North Main Street, Suite 300
P. O. Box 1550
High Point, NC  27261
Telephone:  (336) 889-8733
Email:   cfinan@rhrlaw.com

/s/: Lex M. Erwin
Lex M. Erwin
N.C.S.B. No. 34619
*Attorney for Defendant*

ERWIN CAPITANO & MOSS, PA
4521 Sharon Road, Suite 350
Charlotte, NC  28211
Telephone: (704) 716-1200
Email:  lerwin@ebcmlaw.com